IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEORGETTE BENITA THORNTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00223-TES-MSH |
| | * |
| DEPARTMENT OF CORRECTIONS, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 29, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of November, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk